FILED

06/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0104

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0104

_____

BRANDON MADLAND, an individual; MEGAN
MADLAND, an individual; JOHN DOES 1-10;
and ABC CORPORATIONS 1-10,

     Appellants,

   v.

JOSEPH MCGILLIS, an individual; and
JENNIFER MCGILLIS, an individual,

     Appellees,

MCMAD ENTERPRISES, LLC,

     Necessary Party.

O R D E R

_____

Appellants granted an extension of time to file and serve the opening brief on or before May 29, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 10, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 12 2024